IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARKETA ROGERS**                                                                                                   **PLAINTIFF**

**v.**                     **CASE NO. 2:22-CV-00056-BSM**

**NC ENTERPRISES LLC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October, 2023.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE